ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LYNN MARIE HRNCIAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-01872-RFB-EJY<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Eric W. Swanis, Esq. of Greenberg Traurig LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 14th day of November 2019.

| **C. R. BARD, INC.** | **BARD PERIPHERAL VASCULAR, INC.** |
|---|---|
| Defendant | Defendant |

By: */s/ Greg A. Dadika*       By: */s/ Greg A. Dadika*

   Its: Associate General Counsel, Litigation      Its: Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 14th day of November 2019.

                                    NELSON MULLINS

                         By: */s/ Richard B. North, Jr.*
                               RICHARD B. NORTH, JR. ESQ.
                               Atlantic Station
                               201 17th Street NW, Suite 1700
                               Atlanta, Georgia 30363
                               Telephone: (404) 322-6155

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 14th day of November 2019.

                               GREENBERG TRAURIG, LLP

                         By: */s/ Eric W. Swanis*
                               ERIC W. SWANIS, ESQ.
                               Nevada Bar No. 6840
                               10845 Griffith Peak Drive, Suite 600
                               Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

                                       **APPROVED:**

DATED: November 15, 2019          *[signature]*

                                      UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

John A. Dalimonte
(MA Bar No. 554554)
DALIMONTE RUEB, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com
*Co-counsel for Plaintiff*

/s/ *Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP